IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT, SOUTHERN DIVISION

---

**LISA SIMMONS**
**6445 Luzon Ave, #105**
**Washington, DC 20012**

      Plaintiff,

vs.

**ARTSPACE BALTIMORE, LLC**
**250 Third Avenue North, Suite 400**
**Minneapolis, MN 55401**

      Serve on:
      CSC Lawyers Incorporating
       Service Company
      7 St. Paul Street, Suite 820
      Baltimore, MD 21202

**CT ASSOCIATES, INC.**
**900 Montgomery Street**
**Laurel, MD 20707**

      Serve on:
      John C. Duley, III Esq.
      900 Montgomery Street
      Laurel, MD 20707

**CT GROUP, LLC**
**900 Montgomery Street**
**Laurel, MD 20707**

      Serve on:
      John C. Duley, III Esq.
      900 Montgomery Street
      Laurel, MD 20707

and

**ARTSPACE SILVER SPRING ARTS**
 **CAMPUS APARTMENTS**
**801 Sligo Avenue**
**Silver Spring, MD 20910**

Civil Action No. _____

JURY TRIAL DEMANDED

**Defendants.**

## COMPLAINT

COMES NOW Plaintiff Lisa Simmons, by and through undersigned counsel, hereby files this Complaint as follows.

## JURISDICTION AND VENUE

1. The Court has original jurisdiction over the matter complained of herein pursuant to 28 U.S.C. § 1332.

2. The Court has personal jurisdiction over the Defendant because the incident which is the subject of this Complaint occurred in the State of Maryland. The parties are diverse and the amount in controversy exceeds $75,000. Venue is therefore proper within the jurisdiction of the United States District Court for the District of Maryland.

## PARTIES

1. Plaintiff **Lisa Simmons**, is a resident of the District of Columbia who resides at 6445 Luzon Ave, Washington, DC 20012. Plaintiff was a tenant of Defendant Artspace Silver Spring Arts Campus Apartments at the time of the incident.

2. Defendant **Artspace Baltimore, LLC ("Artspace Baltimore")** is a limited liability company that, upon information and belief, owns and operates the Artspace Silver Spring Arts Campus Apartments which is the location where Plaintiff slipped and fell on black ice.

3. Defendant **CT Associates, Inc.** ("CTAI") is a corporation that conducts business as a property management company in the State of Maryland, and upon information and belief, is the property management company that managed the Defendant Artspace Silver Spring Arts Campus Apartments on the date when Plaintiff fell.

4. Defendant **CT Group, LLC ("CTG")** is a limited liability company that conducts business as a property management company in the State of Maryland, and upon information and belief, is the property management company that managed the Defendant Artspace Silver Spring Arts Campus Apartments on the date when Plaintiff fell.

5. Defendant **Artspace Silver Spring Arts Campus Apartments** is the apartment complex in which Plaintiff lived at the time of the incident and where Plaintiff fell on black ice and sustained serious, permanent injuries.

## SUMMARY OF THE CASE

6. This case involves Defendants' negligent failure to keep its premises safe and hazard free and its failure to warn Plaintiff of the unsafe, and hazardous black ice conditions which caused Plaintiff to fall and suffer severe injuries.

## FACTUAL BACKGROUND

7. On or about February 20, 2021, Plaintiff was walking along the Defendants' premises located at 801 Sligo Avenue, Silver Spring, Maryland.

8. Plaintiff was a tenant at the Artspace Silver Spring Arts Campus Apartments at the time of the incident.

9. On February 18, 2021, the temperature ranged between 30 degrees and 27 degrees Fahrenheit.

10. Additionally, on February 18, there was snow, sleet and freezing rain that fell beginning at around 4:39 am and continued until 11:52 am that day.

11. On that same day, freezing rain began to fall again at around 7:52 pm and continued until around 4:52 am the following day, February 19.

12. By 5:00 am February 19, 2021, the freezing rain, snow and sleet that had fell for eight (8) continuous hours and had finally stopped.

13. Under relevant Maryland law, the Defendants were required to remove the snow and ice on their premises within twenty-four (24) hours or by no later than 5:00 am February 20, 2021.

14. On February 20, 2021, between 8:30 and 9:00 am, Plaintiff took her dog for a walk on the Defendants' premises.

15. While walking her dog, Plaintiff slipped and fell on black ice that was located on the Defendants' premises.

16. As a result of the fall, Plaintiff injured her right knee and her left shoulder.

17. Plaintiff suffered hairline fractures and required medical treatment and physical therapy.

18. As a result of Defendants' negligent conduct in failing to remove and failing to warn Plaintiff about the hazardous black ice on their premises within a timely manner, Plaintiff slipped and fell and suffered serious, permanent injuries.

19. Plaintiff has suffered injuries, bodily pain and has been required to pay for medical expenses and other costs as a result of Defendants' negligence.

## COUNT I
## NEGLIGENCE

20. Plaintiff incorporates by reference all allegations in paragraphs 1-19 of the Complaint as if fully stated herein.

21. At all times relevant herein, Defendants knew or should have known that the eight hours of non-stop snow, sleet and freezing rain would freeze on its premises and create a hazardous condition for tenants and invited guests onto its property.

22. Defendants had a duty to keep the premises safe and clear from dangerous conditions for all invited guests on February 20, 2021 in compliance with reasonable standards of care and applicable law.

23. At all times relevant, Mrs. Simmons was a tenant of Defendants' apartment complex and an invited guest at Defendants' property on February 20, 2021.

24. Defendants breached its duty of care to Plaintiff by failing to remove the snow and ice that had accumulated on its property within a timely manner.

25. Defendants breached its duty of care to Plaintiff by failing to properly warn her and its invited guests of the dangerous black ice condition on its property by either marking it with a clear warning sign or announcing an appropriate verbal warning.

26. As a direct and proximate result of the acts and omissions of Defendants, Mrs. Simmons has suffered and continues to suffer bodily injury, medical and economic and non-economic damages.

**WHEREFORE**, Plaintiff Lisa Simmons demands judgment against Defendants, jointly and severally, as follows:

A. Compensatory damages to Plaintiff in an amount in excess of Five Hundred Thousand Dollars ($500,000.00); and

B. Incidental and consequential damages to Plaintiff Lisa Simmons in an amount to be proven at trial;

C. Costs and post-judgment interest; and

D. Such other relief as this court deems necessary and appropriate

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

BOND LAW, PLLC

By:     /s/ Johnnie Bond, Jr.
Johnnie D. Bond, Jr. (Bar # 03229)
3221 M St NW
Washington, DC 20007
Phone: 202-683-6803
Fax: 202-478-2252
jbond@bondpllc.com

*Attorneys for Plaintiff*

## **VERIFICATION OF COMPLAINT**

  I, LISA SIMMONS, HEREBY VERIFY UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING ALLEGATIONS AND INFORMATION AS PROVIDED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND MEMORY.

*/s/ Lisa Simmons*

Lisa Simmons